

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
NOV 1 3 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  § § § § § |
| v. | CRIMINAL NUMBER |
| EDWARD ANDREW NESMITH AKA ICKY CORINA PEREZ | C-19-2035 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about October 12, 2018 and on or about November 13, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD ANDREW NESMITH
AKA ICKY,
and CORINA PEREZ,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately twenty-three and six-tenths (23.6) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT TWO

On or about November 2, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD ANDREW NESMITH
AKA ICKY,
and CORINA PEREZ,

each aiding, abetting, and assisting one another, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately six and seven-tenths (6.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about November 13, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD ANDREW NESMITH
AKA ICKY,
and CORINA PEREZ,

each aiding, abetting, and assisting one another, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately sixteen and nine-tenths (16.9) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: REID MANNING
Assistant United States Attorney